# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No.17-06595-JMC-13 |
| Rebecca Louise Snyder | Chapter 13 |
| Debtor | Judge James M. Carr |

---

## NOTICE OF CREDITOR CHANGE OF ADDRESS

---

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                 11-1
Last 4 Digits of Account Number:   0551

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation | Home Point Financial Corporation |
| 11511 Luna Road, Suite 300 | 11511 Luna Road, Suite 300 |
| Farmers Branch, TX 75234 | Farmers Branch, TX 75234 |
| Phone: | Phone: |
| Email: | Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| Home Point Financial Corporation | Home Point Financial Corporation |
| PO Box 790309 | 11511 Luna Road, Suite 300 |
| St. Louis, MO 63179 | Farmers Branch, TX 75234 |
| Phone: | Phone: |
| Email: | Email: |

Respectfully Submitted,

/s/ D. Anthony Sottile

D. Anthony Sottile (27696-49)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 9, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

Anthony David Shul, Debtor's Counsel
inn@geracilaw.com

Ann M. DeLaney, Trustee
ECFdelaney@trustee13.com

Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

I further certify that on January 9, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Rebecca Louise Snyder, Debtor
2301 Amberleigh Dr
Plainfield, IN 46168

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Attorney for Creditor